1452

**95–1521.** Scarpelli v. Put–In–Bay. *Ottawa County*, No. OT94037. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032. This cause is therefore dismissed.

**95–1527.** State v. Arnold. *Franklin County*, Nos. 94APA10–1437 and 94APA10–1438. On motion for leave to file delayed appeal. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

COOK, J., not participating.

**95–1532.** State v. Gaskins. *Seneca County*, No. 13–94–34. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–1546.** State v. Barr. *Madison County*, No. CA94–06–025. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**95–1561.** State v. Jones. *Trumbull County*, No. 94–T–5021. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–1585.** State v. Alford. *Seneca County*, Nos. 13–94–43 and 13–94–44. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, JJ., dissent.

**95–1595.** State v. Litman. *Butler County*, No. CA94–01–006. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.